IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **COREY L. DIAMOND,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION 20-0148-CG-MU |
| | ) |
| **ALABAMA U.S.,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated March 27, 2020 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 22nd day of April, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE