IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **COREY L. DIAMOND,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  CIVIL ACTION 20-0148-CG-MU |
| | ) |
| **ALABAMA U.S.,** | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action be **DISMISSED WITH PREJUDICE**, prior to service of process, both because Plaintiff's Complaint fails to state a § 1983 claim upon which relief may be granted (and because it would be impossible for Diamond to assert such a claim), s*ee* 28 U.S.C. § 1915(e)(2)(B)(ii), and because any imaginable § 1983 claim he could state cannot save his action because it would still be barred by the applicable statute of limitations and, therefore, subject to dismissal in accordance with 28 U.S.C. § 1915(e)(2)(B)(i).

**DONE and ORDERED** this 22nd day of April, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE